JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NICOLE JULIETH NARVAEZ LOAISIGA,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-01877-MCS-DFM

**JUDGMENT**

Pursuant to the Court's Order Re: Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that Judgment be entered granting the Petition. Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge within seven days of entry of this Order, in accordance with 8 U.S.C. § 1226(a). If Respondents do not provide Petitioner with an individualized bond hearing within seven days, they must immediately release her.

DATED: May 6, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2